IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

No. 23-1022 T
(Judge Zachary N. Somers)

GIORA ERLICH,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____

JOINT STATUS REPORT

_____

Pursuant to the Court's Order dated October 27, 2023 (Doc. 8) (the Order) (staying the proceedings, and directing the parties to file joint status reports every 60 days), the parties, plaintiff Giora Erlich, and defendant the United States, respectfully submit this Joint Status Report.

The parties report that on December 11, 2023, the United States approved the recommendation of defendant's trial counsel for an administrative resolution of this case. Defendant's trial counsel accordingly has requested issuance of an overpayment from IRS Office of Chief Counsel.

The parties therefore request that the Court continue to stay this case, pending processing of the overpayment.  Pursuant to the Order, the parties will submit their next joint status report on or before Friday, February 9, 2024, unless a stipulation of dismissal is filed before then.

Dated:  December 11, 2023

Respectfully submitted,

*s/ Jeffrey H. Schechter*
Jeffrey H. Schechter, Esq.
COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
jschechter@coleschotz.com
201-489-3000
201-489-1536 Facsimile

Attorney for Plaintiff


*s/ Steven M. Chasin*
STEVEN M. CHASIN
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
202-514-2921 (v)
202-514-9440 (f)
Steven.M.Chasin@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Assistant Chief, Court of Federal Claims Section

*s/ G. Robson Stewart by David I. Pincus*
Of Counsel

Attorneys for Defendant